# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 8, 2015**

| | | |
|---|---|---|
| CAAP–13–00 01347 | Deer v. EG & G Technical Services, Inc. | Affirmed |

**December 16, 2015**

| | | |
|---|---|---|
| CAAP–15–00 00025 | State v. Agliam | Remanded |

**December 18, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00545 | Menehune Sun, LLC v. Yalimaiwai | Affirmed |
| CAAP–11–00 00410 | State v. Clement | Affirmed |

**December 21, 2015**

| | | |
|---|---|---|
| CAAP–13–00 00745 | NK ex rel. VK v. SK ex rel. KS | Affirmed |
| CAAP–14–00 00384 | State v. Godines | Affirmed |

**December 22, 2015**

| | | |
|---|---|---|
| CAAP–13–00 05394 | Medeiros v. State | Vacated and Remanded |

**December 23, 2015**

| | | |
|---|---|---|
| CAAP–14–00 01282 | State v. Huber | Vacated and Remanded |
| CAAP–14–00 00719 | State v. Ishaya | Vacated and Remanded |
| CAAP–14–00 01193 | State v. Lay | Affirmed and Reversed |